UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHAARE SHAIBI,<br><br>   Petitioner,<br><br> v.<br><br>GERALD JANDA, Warden,<br><br>   Respondent. | NO. EDCV 13-907-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 3, 2016

             GEORGE H. WU
            United States District Judge